F. **Inmate Clothing**
Inmates will wear only institutional/facility clothing as directed and prescribed for their particular classification category, and the alteration of state-issued clothing is prohibited. The wearing of state-issue clothing in a manner not consistent with its intended appearance, "sagging and bagging" or "hip-hop" style, is prohibited.

G. **Weapons/Pocket Knives**
Inmates will not be allowed to either carry or possess weapons/knives of any description.

H. **Authorized and Unauthorized Property of Inmates**
Inmates will be allowed to receive property according to their classification category. It is against MDOC policy to give or receive anything of value from MDOC staff or other inmates.
Inmates, their property, and work areas are subject to unannounced and irregularly timed searches, as necessary to control contraband or to recover missing or stolen property. Non-intensive sensors and other techniques instead of body searches will be utilized whenever possible, with an avoidance of unnecessary force, embarrassment, or indignity to the inmate. At all times, inmates' rights to authorized personal property will be respected.

I. **In-House Rules**
Each unit management team with the approval of the Superintendent/Warden/Director or designee may establish in-house rules. The in-house rules will be established according to work assigned by MDOC Policy and Procedures and the mission that is set out to be accomplished by the unit.

J. **Laundry Procedure**
Laundry is picked up according to unit schedule and assignment.

K. **Cleaning and Maintaining Living Quarters**
Inmates will be responsible for their own living areas. Unit support inmates will be assigned to keep the day area clean. All inmates must have their beds properly made, with all of their property neatly placed in their locker. The only items permitted outside the locker will be television, radio, and other approved electrical appliances. Items permitted by In-House rules are also authorized.

L. **Dress Code**
All caps are to be approved by the Superintendent/Warden/Director or designee, with the caps worn straight on the head with the bill of the cap facing forward. Only protective headgear may be worn inside the building. The wearing of earrings by male inmates is prohibited.

M. **Addressing Staff**
All inmates must address security staff by calling them by their rank and last name or by rank if their last name is unknown. All other staff will be addressed by calling them Mr. or Ms. And their last name. At no time will an inmate address staff by calling them man, woman, broad, any other slang or derogatory name or by their first name.

N. **Getting along with Peers**
All inmates must learn how to get along with other inmates while housed and working together. MDOC will provide inmates with their basic necessities, including, but not limited to, food, clothing and hygiene items. Inmates are encouraged to refrain from borrowing and stealing from other inmates. It is against MDOC policy and procedure for inmates to give or receive anything of value from another inmate.

O. **Gang Activities**
It is against MDOC Policy for inmates to have gang paraphernalia. Inmates found to possess gang-associated paraphernalia, colored bandanas, symbols, drawings, or any item that commonly represent a gang association or are observed using gang signs or signals will be subject to disciplinary action.

P. **Dining Hall**
To enter the Dining Hall, all inmates must be fully dressed with their shirts tucked in their pants, and must have on state foot wear. With the exception of protective headgear for inmate workers, no caps, hats, headgear, shower shoes/thongs shall be worn in the Dining Hall. When entering the Dining Hall, all inmates must be seated until the officer gives them permission to move. All talking/noise must be kept at a minimum tone. No food items are allowed to leave the Dining Hall.

Q. **Count Procedures**
All counts are to be taken seriously.

R. **Smoking**
MDOC allows smoking on ALL MDOC properties in designated areas.

V. **INMATE DRUG TESTING**

The Commissioner or designee may authorize random testing, targeted testing or reasonable suspicion testing for the unauthorized use and abuse of illegal substances and drugs.

# CHAPTER VI

# RIGHTS, RESPONSIBILITIES, AND REGULATIONS

**I.   GENERAL**
Inmates have certain rights and duties. This chapter is provided to help inmates understand their responsibilities and obligations while in custody of MDOC.

**II.  RIGHTS**
Inmates have the following rights:
A. Access to courts;
B. Access to counsel;
C. Access to Inmate Legal Assistance Program (ILAP);
D. Access to programs and services;
E. Access to media;
F. Protection from harm;
G. Protection from unreasonable searches;
H. Freedom in personal grooming; and or
I. Access to a grievance procedure;
J. Freedom from racial, ethnic, gender or religious discrimination.

**III. RESPONSIBILITIES**
Inmates assigned to MDOC have the following responsibilities:
A. Obeying the orders given by the staff;
B. Familiarizing themselves with the ILAP access procedures;
C. Requesting assistance from the institutional/facility authorities if they are being personally or physically abused by either inmates or staff;
D. Maintaining a civil and respectful attitude toward other inmates and all staff and visitors;
E. Maintaining their person, their living and work area, their clothing and possessions, in a clean, healthful and safe condition;
F. Familiarizing themselves and complying with the rules of the institution/facility as they apply to them; and or
G. Familiarizing individuals and organizations that regularly visit or correspond with the inmates, the rules of the institution/ facility.

**IV. REGULATIONS**
Failure of the inmate to follow these regulations could result in disciplinary action.
A. **Identification Card**
   Inmates are required to carry their identification card at all times. Institution/facility staff may require them to present their card at any time. Inmates are not to lend or give their card to any individual except a staff member. If an inmate's card is lost or stolen, he should report it to his supervising officer immediately. There is a charge for the replacement of the identification card.
B. **Bulletin Board**
   Each unit will maintain a bulletin board to be read by inmates and staff. It will be the inmates' responsibility to stay informed of notices posted on these bulletin boards.
C. **Grooming Standards**
   Inmates are expected to present a clean and neat appearance at all times and will have access to showers according to the Unit schedule.
D. **Hair and Beard**
   1. Male inmate's hair will be kept clean and neatly cut so the hair does not fall below the collar and is not more than 3" in length. Mustaches will be neatly trimmed at all times. Beards and goatees in excess of ½" are not permitted for identification purposes.
   2. Female inmates will keep their hair clean, neat, and properly maintained at all times.
E. **Tattooing & Body Piercing**
   Inmates are not permitted to tattoo or pierce the body of themselves or other inmates. Tattooing and body piercing constitutes behavior that carries with it a high risk of HIV infection and will be considered an act of self-mutilation.