UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARRIOUS BAKER                                                              PLAINTIFF

V.                                                CIVIL ACTION NO. 3:25-CV-731-DPJ-ASH

MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.               DEFENDANTS

ORDER

This civil rights matter is before the Court on two motions filed by pro se Plaintiff

Darrious Baker, an inmate at the Wilkinson County Correctional Facility in Woodville,

Mississippi.  First, Baker filed a motion for a Temporary Restraining Order that would prohibit

"further retaliatory punishment" and remove him "from restrictive housing absent a valid

disciplinary finding."  Mot. [12] at 1–2.  Next, he filed an "Omnibus Emergency Motion for

Temporary Restraining Order, Motion to Compel Disclosure, Motion for Non-Retaliation and

Equal Treatment, and Motion for Expedited Evidentiary Hearing."  Mot. [15] at 1–7.

On June 22, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and

Recommendation [16].  Judge Harris recommends that the Court deny both motions.  R&R [16]

at 4.  No objection has been filed, and the time to do so has passed.  *See id.* at 4–5 (informing

Baker that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b)

advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d

1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as*

*noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).  Having

reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [16] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court.  Consistent with the Report and Recommendation, Baker's motions [12, 15] are denied.

**SO ORDERED AND ADJUDGED** this the 22nd day of July, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE